IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NOHELIA M. CASTILLO     *

    PLAINTIFF,     *

v.     *    Case No.: 8:17-CV-01810-PX

JOANN URQUHART, M.D., P.C., *et al.*     *

    DEFENDANTS.     *

## Verdict Sheet

1. Do you find that Plaintiff was exempt from overtime as an administrative employee of Defendants?

   Yes _____    No ✓

**If you answered "Yes" to the above question, this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Sheet.**

**If you answered "No" to the above questions, please answer Question 2.**

2. Do you find that Plaintiff worked more than forty (40) hours in any workweek listed on Attachment 1 during her employment with Defendants?

   Yes _____    No ✓

**If you answered "No" to Question 2, this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Sheet.**

**If you answered "Yes" to Question 2, please answer Question 3.**

3. Do you find that Defendants had knowledge that Plaintiff worked more than forty (40) hours in any of the workweeks listed on Attachment 1 during her employment with Defendants?

   Yes _____    No _____

**If you answered "No" to Question 3, this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Sheet.**

**If you answered "Yes" to Question 3, please answer Question 4.**

4. Please complete the chart attached as Attachment 1 to this Verdict Sheet for the weeks you have identified in Question 3. Attachment 1 is to be used to calculate unpaid overtime, if any. When you have completed the chart, enter the total amount of overtime compensation that you find the Plaintiff was owed, but not paid:

$ _____

**After you have answered Question 4, please answer Question 5.**

5. Do you find that Defendants' failure to pay Plaintiff overtime was the result of a bona fide or good faith dispute?

Yes _____    No _____

**If you answered "Yes" to Question 5, this ends your deliberations, and your foreperson should sign and date the last page of this Verdict Sheet.**

**If you answered "No" to Question 5, please answer Question 6.**

6. What amount of additional damages, if any, do you award to Ms. Castillo? You may enter an amount from $0 to up to three times the amount you entered in answering Question 4.

$ _____

Date: 8/23/22

REDACTED

Signature

Attachment 1

| Workweek Begin Date | Workweek End Date | Total Hours Worked this Workweek | Uncompensated Hours Worked this Workweek | Compensation Owed for Workweek |
|---|---|---|---|---|
| 6/29/2014 | 7/5/2014 | | | |
| 7/6/2014 | 7/12/2014 | | | |
| 7/13/2014 | 7/19/2014 | | | |
| 7/20/2014 | 7/26/2014 | | | |
| 7/27/2014 | 8/2/2014 | | | |
| 8/3/2014 | 8/9/2014 | | | |
| 8/10/2014 | 8/16/2014 | | | |
| 8/17/2014 | 8/23/2014 | | | |
| 8/24/2014 | 8/30/2014 | | | |
| 8/31/2014 | 9/6/2014 | | | |
| 9/7/2014 | 9/13/2014 | | | |
| 9/14/2014 | 9/20/2014 | | | |
| 9/21/2014 | 9/27/2014 | | | |
| 9/28/2014 | 10/4/2014 | | | |
| 10/5/2014 | 10/11/2014 | | | |
| 10/12/2014 | 10/18/2014 | | | |
| 10/19/2014 | 10/25/2014 | | | |
| 10/26/2014 | 11/1/2014 | | | |
| 11/2/2014 | 11/8/2014 | | | |
| 11/9/2014 | 11/15/2014 | | | |
| 11/16/2014 | 11/22/2014 | | | |
| 11/23/2014 | 11/29/2014 | | | |
| 11/30/2014 | 12/6/2014 | | | |
| 12/7/2014 | 12/13/2014 | | | |
| 12/14/2014 | 12/20/2014 | | | |
| 12/21/2014 | 12/27/2014 | | | |

Attachment 1

| Workweek Begin Date | Workweek End Date | Total Hours Worked this Workweek | Uncompensated Hours Worked this Workweek | Compensation Owed for Workweek |
|---|---|---|---|---|
| 12/28/2014 | 1/3/2015 | | | |
| 1/4/2015 | 1/10/2015 | | | |
| 1/11/2015 | 1/17/2015 | | | |
| 1/18/2015 | 1/24/2015 | | | |
| 1/25/2015 | 1/31/2015 | | | |
| 2/1/2015 | 2/7/2015 | | | |
| 2/8/2015 | 2/14/2015 | | | |
| 2/15/2015 | 2/21/2015 | | | |
| 2/22/2015 | 2/28/2015 | | | |
| 3/1/2015 | 3/7/2015 | | | |
| 3/8/2015 | 3/14/2015 | | | |
| 3/15/2015 | 3/21/2015 | | | |
| 3/22/2015 | 3/28/2015 | | | |
| 3/29/2015 | 4/4/2015 | | | |
| 4/5/2015 | 4/11/2015 | | | |
| 4/12/2015 | 4/18/2015 | | | |
| 4/19/2015 | 4/25/2015 | | | |
| 4/26/2015 | 5/2/2015 | | | |
| 5/3/2015 | 5/9/2015 | | | |
| 5/10/2015 | 5/16/2015 | | | |
| 5/17/2015 | 5/23/2015 | | | |
| 5/24/2015 | 5/30/2015 | | | |
| 5/31/2015 | 6/6/2015 | | | |
| 6/7/2015 | 6/13/2015 | | | |
| 6/14/2015 | 6/20/2015 | | | |
| 6/21/2015 | 6/27/2015 | | | |
| 6/28/2015 | 7/4/2015 | | | |

Page 2

Attachment 1

| Workweek Begin Date | Workweek End Date | Total Hours Worked this Workweek | Uncompensated Hours Worked this Workweek | Compensation Owed for Workweek |
|---|---|---|---|---|
| 7/5/2015 | 7/11/2015 | | | |
| 7/12/2015 | 7/18/2015 | | | |
| 7/19/2015 | 7/25/2015 | | | |
| 7/26/2015 | 8/1/2015 | | | |
| 8/2/2015 | 8/8/2015 | | | |
| 8/9/2015 | 8/15/2015 | | | |
| 8/16/2015 | 8/22/2015 | | | |
| 8/23/2015 | 8/29/2015 | | | |
| 8/30/2015 | 9/5/2015 | | | |
| 9/6/2015 | 9/12/2015 | | | |
| 9/13/2015 | 9/19/2015 | | | |
| 9/20/2015 | 9/26/2015 | | | |
| 9/27/2015 | 10/3/2015 | | | |
| 10/4/2015 | 10/10/2015 | | | |
| 10/11/2015 | 10/17/2015 | | | |
| 10/18/2015 | 10/24/2015 | | | |
| 10/25/2015 | 10/31/2015 | | | |
| 11/1/2015 | 11/7/2015 | | | |
| 11/8/2015 | 11/14/2015 | | | |
| 11/15/2015 | 11/21/2015 | | | |
| 11/22/2015 | 11/28/2015 | | | |
| 11/29/2015 | 12/5/2015 | | | |
| 12/6/2015 | 12/12/2015 | | | |
| 12/13/2015 | 12/19/2015 | | | |
| 12/20/2015 | 12/26/2015 | | | |
| 12/27/2015 | 1/2/2016 | | | |
| 1/3/2016 | 1/9/2016 | | | |

Attachment 1

| Workweek Begin Date | Workweek End Date | Total Hours Worked this Workweek | Uncompensated Hours Worked this Workweek | Compensation Owed for Workweek |
|---|---|---|---|---|
| 1/10/2016 | 1/16/2016 | | | |
| 1/17/2016 | 1/23/2016 | | | |
| 1/24/2016 | 1/30/2016 | | | |
| 1/31/2016 | 2/6/2016 | | | |
| 2/7/2016 | 2/13/2016 | | | |
| 2/14/2016 | 2/20/2016 | | | |
| 2/21/2016 | 2/27/2016 | | | |
| 2/28/2016 | 3/5/2016 | | | |
| 3/6/2016 | 3/12/2016 | | | |
| 3/13/2016 | 3/19/2016 | | | |
| 3/20/2016 | 3/26/2016 | | | |
| 3/27/2016 | 4/2/2016 | | | |
| 4/3/2016 | 4/9/2016 | | | |
| 4/10/2016 | 4/16/2016 | | | |
| 4/17/2016 | 4/23/2016 | | | |
| 4/24/2016 | 4/30/2016 | | | |
| 5/1/2016 | 5/7/2016 | | | |
| 5/8/2016 | 5/14/2016 | | | |
| 5/15/2016 | 5/21/2016 | | | |
| 5/22/2016 | 5/28/2016 | | | |
| 5/29/2016 | 6/4/2016 | | | |
| 6/5/2016 | 6/11/2016 | | | |
| 6/12/2016 | 6/18/2016 | | | |
| 6/19/2016 | 6/25/2016 | | | |
| 6/26/2016 | 7/2/2016 | | | |
| 7/3/2016 | 7/9/2016 | | | |
| 7/10/2016 | 7/16/2016 | | | |

Attachment 1

| Workweek Begin Date | Workweek End Date | Total Hours Worked this Workweek | Uncompensated Hours Worked this Workweek | Compensation Owed for Workweek |
|---|---|---|---|---|
| 7/17/2016 | 7/23/2016 | | | |
| 7/24/2016 | 7/30/2016 | | | |
| 7/31/2016 | 8/6/2016 | | | |
| 8/7/2016 | 8/13/2016 | | | |
| 8/14/2016 | 8/20/2016 | | | |
| 8/21/2016 | 8/27/2016 | | | |
| 8/28/2016 | 9/3/2016 | | | |
| 9/4/2016 | 9/10/2016 | | | |
| 9/11/2016 | 9/17/2016 | | | |
| 9/18/2016 | 9/24/2016 | | | |
| 9/25/2016 | 10/1/2016 | | | |
| 10/2/2016 | 10/8/2016 | | | |
| 10/9/2016 | 10/15/2016 | | | |
| 10/16/2016 | 10/22/2016 | | | |
| 10/23/2016 | 10/29/2016 | | | |
| 10/30/2016 | 11/5/2016 | | | |
| 11/6/2016 | 11/12/2016 | | | |
| 11/13/2016 | 11/19/2016 | | | |
| 11/20/2016 | 11/26/2016 | | | |
| 11/27/2016 | 12/3/2016 | | | |
| 12/4/2016 | 12/10/2016 | | | |
| 12/11/2016 | 12/17/2016 | | | |
| 12/18/2016 | 12/24/2016 | | | |
| 12/25/2016 | 12/31/2016 | | | |
| 1/1/2017 | 1/7/2017 | | | |
| 1/8/2017 | 1/14/2017 | | | |
| 1/15/2017 | 1/21/2017 | | | |

Attachment 1

| Workweek Begin Date | Workweek End Date | Total Hours Worked this Workweek | Uncompensated Hours Worked this Workweek | Compensation Owed for Workweek |
|---|---|---|---|---|
| 1/22/2017 | 1/28/2017 | | | |
| 1/29/2017 | 2/4/2017 | | | |
| 2/5/2017 | 2/11/2017 | | | |
| 2/12/2017 | 2/18/2017 | | | |
| 2/19/2017 | 2/25/2017 | | | |
| 2/26/2017 | 3/4/2017 | | | |
| 3/5/2017 | 3/11/2017 | | | |
| 3/12/2017 | 3/18/2017 | | | |
| 3/19/2017 | 3/25/2017 | | | |
| 3/26/2017 | 4/1/2017 | | | |
| 4/2/2017 | 4/8/2017 | | | |
| 4/9/2017 | 4/15/2017 | | | |
| 4/16/2017 | 4/22/2017 | | | |
| 4/23/2017 | 4/29/2017 | | | |
| 4/30/2017 | 5/6/2017 | | | |